850 A.2d 610

**In re NOMINATION PETITION OF Kerry BENNINGHOFF, (Republican) Candidate for Representative in the General Assembly from the 171st Legislative District.**

**Appeal of Kerry Benninghoff.**

Supreme Court of Pennsylvania.

Submitted March 30, 2004.

Decided April 7, 2004.

Richard P. Limburg, Dorothy M. Claeys, Lawrence J. Tabas, Philadelphia, for Kerry Benninghoff, Appellant.

Courtney Lorraine Kishel, Camp Hill, John Joseph Connelly, Harrisburg, for Paula A. Smith, Appellee.

Vincent J. Dopko, Harrisburg, for State Ethics Com'n, Participants.

Larry Boyle, for Bureau of Elections, Participants.

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of April, 2004, the Order of the Commonwealth Court dated March 23, 2004 is **REVERSED** and Appellant, Kerry Benninghoff's name **SHALL BE PRINTED ON THE BALLOT.**

The Emergency Motion for Expedited Consideration filed in this matter is **DISMISSED AS MOOT.**

Opinion to follow.